

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-21-00300-CV

**IN THE MATTER OF THE ESTATE OF** Van L. **CRAPPS**, Deceased

From the County Court at Law, Medina County, Texas
Trial Court No. 9498
Honorable Mark Cashion, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Van Kevin Christensen.

It is so **ORDERED** on October 12, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.

_____
Michael A. Cruz, Clerk of Court